18,788.

Scott Wilson, *Appellee*, v. D. Fisher, *Appellant*.

HEADNOTE BY THE REPORTER.

Jurisdiction — *Amount Involved Less than $100 — Case Dismissed.* Where the amount in controversy on appeal to this court is less than $100 the appeal will be dismissed for want of jurisdiction (Civ. Code, § 566).

Appeal from Comanche district court; Gordon L. Finley, judge. Opinion filed July 7, 1914. Dismissed.

*G. M. Martin,* of Medicine Lodge, for the appellant.
*Dick H. Rich,* of Coldwater, for the appellee.

*Per Curiam:* Action brought by plaintiff to recover $145.75 for labor and material furnished to defendant. Defendant admitted the correctness of all of plaintiff's claim except the sum of $19.95, but he set up a claim for goods furnished to plaintiff to the amount of $149.05. Plaintiff replied admitting that he had obtained goods from the defendant to the amount of $82.11 and asked judgment against defendant for $63.64, the difference between his claim of $145.75 and $82.11. The case was submitted to a referee, who made findings upon which the court rendered judgment against defendant in the sum of $5.51. It thus appears that the amount in controversy, so far as defendant is concerned, is less than $100. Defendant's entire claim was $149.05 and he admits that he was owing plaintiff on account the sum of $125.80. The difference between these amounts, $23.25, was the extent of his claim against the plaintiff. This sum added to the amount of the judgment rendered falls far short of $100, the amount necessary to give jurisdiction on appeal. (Civ. Code, § 566.) Indeed the disputed claims of both taken together did not amount to the jurisdictional amount of $100. The appeal will, therefore, be dismissed.